IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACOB CARLSON,

    Plaintiff,

v.                                                      Civil Action No. **3:23CV102 (RCY)**

**HAMPTON ROADS REGIONAL JAIL,**

    Defendant.

**MEMORANDUM OPINION**

On February 15, 2023, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on March 13, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $5.55 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). On March 24, 2023, Plaintiff updated his address with the Court but did not note this case number on his submission. On April 6, 2023, the March 13, 2023 Memorandum Order was returned to the Court as undeliverable. On April 7, 2023, the Clerk updated Plaintiff's address in this case, and remailed the March 13, 2023 Memorandum Order to Plaintiff at his new address. More than thirty (30) days have elapsed since the Clerk remailed the Memorandum Order to Plaintiff. Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                               /s/
                                                  Roderick C. Young
                                                  United States District Judge

Date: May 15, 2023
Richmond, Virginia